UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL GARCIA,<br><br>                    Plaintiff,<br><br>             -v.-<br><br>C.O. PALMENTERI, CAPTAIN CHARLES, and THE CITY OF NEW YORK,<br><br>                    Defendants. | 19 Civ. 7441 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    The Court has been made aware of a matter that requires adjournment of the pretrial conference scheduled for December 8, 2020.  That conference is hereby ADJOURNED *sine die*.  Counsel for Defendant is hereby directed to transmit a copy of this Order to Plaintiff.  Plaintiff is directed to provide the Court with his updated contact information at the earliest opportunity.

    SO ORDERED.

Dated:  December 3, 2020
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge