UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL GARCIA,

                              Plaintiff,

                -v.-

C.O. PALMENTERI, CAPTAIN CHARLES,
and THE CITY OF NEW YORK,

                              Defendants.

19 Civ. 7441 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

A *pro se* information package was previously sent to Plaintiff on August 13, 2019. (Dkt. #7). However, as discussed during the May 26, 2021 initial pretrial conference, Plaintiff needs new copies of these documents. Accordingly, the Clerk of Court is directed to mail a copy of this Order, and to re-send the *pro se* information package and the Court's guide to discovery, to Plaintiff at his address of record.

SO ORDERED.

Dated:  May 27, 2021
        New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge