UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL GARCIA,

                                Plaintiff,

                -v.-

C.O. PALMENTERI, CAPTAIN CHARLES,
and THE CITY OF NEW YORK,

                                Defendants.

19 Civ. 7441 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Earlier today, the Court held a telephonic conference in this matter to discuss the next steps in this case. Ms. Garcia, the deceased Plaintiff's mother, has indicated that it is her wish to continue with the instant case, and informed the Court that she will begin estate proceedings for her son's estate, to seek appointment as Administratrix of his Estate. Accordingly, Ms. Garcia has 60 days to file the relevant estate proceeding and be appointed Administratrix to her son's estate. The Court will hold another telephonic conference to discuss the status of the estate proceeding and next steps in this case on **August 5, 2022 at 11:00 a.m.** At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

Defendants are ORDERED to provide a copy of this Order and the endorsement at docket entry 56, to Ms. Garcia via email. Lastly, the Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record to the attention of James Garcia c/o Roxane Mosaphir.

SO ORDERED.

Dated:   June 2, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge