UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL GARCIA,

                          Plaintiff,

                -v.-

C.O. PALMENTERI, CAPTAIN CHARLES, and
CITY OF NEW YORK,

                          Defendants.

19 Civ. 7441 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In its August 5, 2022 Order (Dkt. #58), the Court granted Ms. Garcia a final extension of time to file a motion for substitution pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. The Court warned Ms. Garcia that no additional extensions would be granted and that failure to file the motion by September 28, 2022 would result in dismissal of the case. At a telephonic conference earlier today, Ms. Garcia informed the Court that she has not been appointed Administratrix of her son's estate and has not filed a substitution motion. Accordingly, for the reasons set out at today's conference, this case is DISMISSED.

Defendants are ORDERED to provide a copy of this Order to Ms. Garcia via email. Additionally, the Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record to the attention of James Garcia c/o Roxane Mosaphir.

SO ORDERED.

Dated:      September 28, 2022
            New York, New York

_____
            KATHERINE POLK FAILLA
            United States District Judge